**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　　　　　　212-267-7342

| | |
|---|---|
| Defendant: | **Gotham Technology Group, LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/6/2023 | $150,000.00 | 4/6/2023 | GTGQ27250_5 | 8/27/2022 | $150,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/3/2023 | $150,000.00 | 4/3/2023 | GTGQ27250_4 | 8/27/2022 | $150,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/27/2023_2 | $25,000.00 | 3/27/2023 | GTGQ27250_3 | 8/27/2022 | $25,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/27/2023_1 | $125,000.00 | 3/27/2023 | GTGQ27250_2 | 8/27/2022 | $125,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/17/2023 | $400,000.00 | 3/17/2023 | GTGQ27250_1 | 8/27/2022 | $400,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113604 | $130,819.77 | 4/11/2023 | GTGQ37505A | 1/5/2023 | $130,819.77 |

**Totals:** 6 transfer(s), $980,819.77